IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| THOMAS EDWARDS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 25-cv-02333-MSN-tmp |
| | ) |
| MEMPHIS LIGHT, GAS & WATER, | ) |
| | ) |
|     Defendant. | ) |

---

**REPORT AND RECOMMENDATION**

---

Before the court is *pro se* plaintiff Thomas Edwards's Complaint.[1] Edwards filed his Complaint on March 24, 2025, alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (ECF No. 2.) He was granted leave to proceed *in forma pauperis* on June 18, 2025. (ECF No. 9.) Because Edwards was proceeding *in forma pauperis*, the undersigned was required to screen the complaint pursuant to 28 U.S.C. § 1915(e)(2). The undersigned entered a Report and Recommendation on June 18, 2025, which found that Edwards failed to state a claim under 15 U.S.C. § 1681s-2(b) and recommended granting plaintiff thirty days to amend his 1681s-2(b) claim in lieu of dismissing the Complaint entirely for failure

---

[1] Pursuant to Administrative Order No. 2013-05, this case has been referred to the United States magistrate judge for management of all pretrial matters for determination or report and recommendation, as appropriate.

to state a claim. (ECF No. 10.) On July 14, 2025, District Judge Mark S. Norris adopted the undersigned's report and recommendation. (ECF No. 11.)

Thirty days has now passed since the court's adoption of the report and recommendation. To date, Edwards has taken no further action to amend his Complaint to plausibly state a claim under 1681s-2(b). Thus, the undersigned recommends dismissal of the Complaint under 28 U.S.C. § 1915(e)(2)(B) for the same reasons contained in the June 18 Report and Recommendation.

Respectfully submitted,

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

September 19, 2025
Date

**NOTICE**

**WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY OF THIS REPORT AND RECOMMENDED DISPOSITION, ANY PARTY MAY SERVE AND FILE SPECIFIC WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS. ANY PARTY MAY RESPOND TO ANOTHER PARTY'S OBJECTIONS WITHIN FOURTEEN (14) DAYS AFTER BEING SERVED WITH A COPY. 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); L.R. 72.1(g)(2). FAILURE TO FILE OBJECTIONS WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER AND/OR FORFEITURE OF OBJECTIONS, EXCEPTIONS, AND FURTHER APPEAL.**